Cite as 2023 Ark. 10

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS SUPREME COURT COMMISSION ON CHILDREN, YOUTH, AND FAMILIES | Opinion Delivered: February 9, 2023 |

**PER CURIAM**

Jacob Oliva, Secretary, Arkansas Department of Education; Kristi Putnam, Secretary, Arkansas Department of Human Services; and Keesa Smith, Executive Director, Arkansas Advocates for Children and Families, are appointed to the Arkansas Supreme Court Commission on Children, Youth, and Families. We thank them for their willingness to serve on this important commission.

The court expresses its gratitude to outgoing members Johnny Key, former Secretary, Arkansas Department of Education; and Rich Huddleston, former Executive Director, Arkansas Advocates for Children and Families, for their years of valuable service to this commission.